**Pauline E. MAXEY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 02–3357.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2002.

ORDER

The order of dismissal and the mandate dated November 8, 2002 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**UNITED PACIFIC INSURANCE COMPANY, Appellant,**

v.

**James G. ROCHE, Secretary of the Air Force, Appellee.**

No. 01–1596.

United States Court of Appeals, Federal Circuit.

Nov. 22, 2002.

*ORDER*

The court treats United Pacific Insurance's response to this court's September 25, 2002 order as a motion to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.